

IN THE
TENTH COURT OF APPEALS

————————

No. 10-16-00077-CR

IN RE EDWARD S. HODGES, III

————————

Original Proceeding

MEMORANDUM OPINION

Edward S. Hodges, III's "Writ of Mandamus" filed on March 8, 2016, is denied.

TOM GRAY
Chief Justice

Before Chief Justice Gray,
          Justice Davis, and
          Justice Scoggins
Petition denied
Opinion delivered and filed April 14, 2016
Do not publish
[OT06]

